UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MORRIS S. VILLIA | CIVIL ACTION |
| VERSUS | NO: 09-6464 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION:"B"(1) |

### O R D E R

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of Michael J. Astrue, Commissioner of Social Security Administration, to dismiss (Rec. doc. 10) is granted and the motion of the plaintiff, Morris S. Villia, for administrative review hearing (Rec. doc. 14) is denied.

New Orleans, Louisiana, this 7th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE